**Henry J. WILSON, Plaintiff–Appellant,**

v.

**Al BUDNEY, Sr., Defendant–Appellee.**

No. 92–2152.

United States Court of Appeals, Fifth Circuit.

Nov. 9, 1992.

958

Henry J. Wilson, pro se.

Before DUHÉ, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:

A prison inmate does not have a protectable liberty or property interest in his custodial classification. *Moody v. Baker*, 857 F.2d 256, 257–58 (5th Cir.), *cert. denied*, 488 U.S. 985, 109 S.Ct. 540, 102 L.Ed.2d 570 (1988). Henry J. Wilson's disagreement with his medical classification is insufficient to establish a constitutional violation. *Varnado v. Lynaugh*, 920 F.2d 320, 321 (5th Cir.1991). The State was not required to permit Wilson, a mental patient, to attend classes and religious services with the general prison population. *See Green v. McKaskle*, 788 F.2d 1116, 1125 (5th Cir.1986).

Wilson's allegations of a conspiracy are merely conclusional and do not support an action under 42 U.S.C. § 1983. *Hale v. Harney*, 786 F.2d 688, 690 (5th Cir.1986) (citations omitted). His claim that he has received threats as a result of an allegedly false statement in his medical records also fails to state a constitutional violation. *Emmons v. McLaughlin*, 874 F.2d 351, 353 (6th Cir.1989). The district court did not abuse its discretion when it dismissed Wilson's *in forma pauperis* complaint as frivolous. *See Ancar v. Sara Plasma, Inc.*, 964 F.2d 465, 468 (5th Cir. 1992).

AFFIRMED.